**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2095**

---

JIBRIL LUQMAN IBRAHIM,

         Plaintiff - Appellant,

     v.

VIZIO, INC.; SELF STORAGE PLUS; HOMELAND SECURITY; MARK DOE,
DC Police Officer; PAUL DOE, Police Officer; NATE DOE, DC Police Officer;
KAREN DOE, DC Police Officer; CHIEF ROBERT CONTEE, D.C. Chief of
Police; DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF THE MAYOR;
OFFICE OF POLICE COMPLAINTS,

         Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge.  (8:22-cv-00462-TDC)

---

Submitted:  May 22, 2025                       Decided:  May 27, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jibril Luqman Ibrahim, Appellant Pro Se.  Douglas Alan Sampson, SAUL EWING LLP,
Baltimore, Maryland, for Appellee Vizio, Inc.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jibril Luqman Ibrahim appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from judgment following the district court's dismissal of his civil complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ibrahim v. Vizio, Inc.*, No. 8:22-cv-00462-TDC (D. Md. Sept. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*